UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| GLOBAL AEROSPACE, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:15-CV-105-PLR-CCS ) |
| PHILLIPS & JORDAN, INC., | ) ) |
| Defendant. | ) ) |

## ORDER OF REFERRAL

It is hereby ORDERED that the parties' motion to compel appraisal and stay this litigation pending appraisal [R. 44] is REFERRED to the Honorable C. Clifford Shirley, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and the Rules of this Court, for disposition or for a report and recommendation as may be appropriate.

Enter:

_____
UNITED STATES DISTRICT JUDGE