IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| GLOBAL AEROSPACE, INC., | ) | |
| | ) | |
| Plaintiff / Counter-Defendant, | ) | |
| | ) | |
| v. | ) | Case No. 3:15-cv-105 |
| | ) | |
| PHILLIPS & JORDAN, INC., | ) | District Judge Pamela L. Reeves |
| | ) | |
| Defendant / Counter-Plaintiff, | ) | Magistrate Judge C. Clifford Shirley |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN ALTERNATIVE INS. CO., ET AL., | ) | |
| | ) | |
| Counter-Defendants. | ) | |

## MOTION FOR SUMMARY JUDGMENT

COMES NOW Plaintiff / Counter-Defendant Global Aerospace, Inc. ("Global"), and Counter-Defendants American Alternative Ins. Corp. ("AAIC"), American Commerce Ins. Co. ("ACIC"), Mitsui Sumitomo Ins. Co. of America ("Mitsui"), National Indemnity Co. ("NICO"), and Tokio Marine America Ins. Co. ("Tokio Marine") (Global, AAIC, ACIC, Mitsui, NICO, and Tokio Marine are collectively referred to as "Movants"), and pursuant to Fed. R. Civ. Pro. 56, hereby move this Court for an order granting summary judgment in their favor and against Defendant / Counter-Plaintiff Phillips & Jordan, Inc. ("P&J") on all counts of P&J's counterclaim.

Respectfully submitted on this 26th day of February 2016.

1

BAKER, O'KANE, ATKINS
& THOMPSON, PLLP


*/s/ Trevor L. Sharpe*
Trevor L. Sharpe        BPR#022281
2607 Kingston Pike, Ste. 200
Knoxville, TN 37919
Phone: 865.637.5600
Facsimile: 865.637.5608
tsharpe@boaltlf.com

Robert W. Cotter    *Pro hac vice*
Matthew W. Geary    *Pro hac vice*
DYSART TAYLOR COTTER
MCMONIGLE & MONTEMORE, P.C.
4420 Madison Avenue, Ste. 200
Kansas City, MO 64111
Phone: 816.931.2700
Facsimile: 816.931.7377
rcotter@dysarttaylor.com
mgeary@dysarttaylor.com
ATTORNEYS FOR PLAINTIFF / COUNTER-DEFENDANT GLOBAL AEROSPACE, INC.; COUNTER-DEFENDANTS AMERICAN ALTERNATIVE INS. CORP.; AMERICAN COMMERCE INS. CO.; TOKIO MARINE AMERICA INS. CO.; AND MITSUI SUMITOMO INS. CO. OF AMERICA

James D. Kay, Jr.        (#11556)
John J. Griffin, Jr.        (#15446)
Benjamin E. Goldammer    (#26328)
Michael A. Johnson        (#30210)
KAY, GRIFFIN, ENKEMA & COLBERT, PLLC
222 Second Avenue North
Suite 340M
Nashville, TN 37201
john.griffin@kaygriffin.com
ben.goldammer@kaygriffin.com
jim.kay@kaygriffin.com

CO-COUNSEL FOR DEFENDANT
MITSUI SUMITOMO INS. CO. OF AMERICA

2

## CERTIFICATE OF SERVICE

       I hereby certify that I have caused a true and correct copy of the foregoing to be served via CM/ECF or United States mail, postage pre-paid, on this 26th day of February 2016, upon the following:

Brigid M. Carpenter
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, P.C.
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
bcarpenter@bakerdonelson.com

Joseph L. Pellis II, Esq.
Daniel R. Lavoie, Esq.
PELLIS LAW GROUP, LLP
901 Warrenville Road, Suite 205
Lisle, Illinois 60532
jpellis@pellislaw.com
dlavoie@pellislaw.com

*Attorneys for Defendant/Counter-Plaintiff*
*Phillips and Jordan, Incorporated*

                                                      /s/ Trevor L. Sharpe