UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | |
|---|---|
| GLOBAL AEROSPACE, INC., <br><br> Plaintiff / Counter-Defendant, <br><br> v. <br><br> PHILLIPS AND JORDAN, INCORPORATED i/s/a/ PHILLIPS & JORDAN, INC., <br><br> Defendant / Counter-Plaintiff, <br><br> v. <br><br> AMERICAN ALTERNATIVE INSURANCE CORPORATION, et al., <br><br> Counter-Defendants. | Case No.: 3:15-cv-105 <br><br> District Judge Pamela L. Reeves <br><br> Magistrate Judge C. Clifford Shirley <br><br> **JOINT MOTION** |

**PARTIES' JOINT MOTION FOR ORDER PURSUANT
TO FEDERAL RULE OF EVIDENCE 502(d)**

Defendant/Counter-Plaintiff Phillips and Jordan, Incorporated ("Phillips & Jordan"), Plaintiff/Counter-Defendant Global Aerospace, Inc. ("Global"), Counter-Defendant American Alternative Insurance Corporation ("American Alternative"), Counter-Defendant American Commerce Insurance Company ("American Commerce"), Counter-Defendant Mitsui Sumitomo Insurance Company of America ("Mitsui"), Counter-Defendant National Indemnity Company ("National Indemnity"), and Counter-Defendant Tokio Marine America Insurance Company ("Tokio Marine") (collectively, the "Parties"), pursuant to Rule 502(d) of the Federal Rules of Evidence, hereby jointly move for and agree to the entry of an order:

1. On June 23, 2015, the Parties' attorneys held the required Rule 26 conference and discussed this case's discovery procedure and schedule.

2. On July 2, 2015, the Parties filed their Joint Discovery Plan Pursuant to Federal Rule of Civil Procedure 26(f)(3) [Docket Entry #54].

3. Subsequent to the Parties' initial Rule 26 conference, the Parties again conferred via telephone on January 20, 2016, to discuss matters related to e-discovery more specifically.

4. During the January 20, 2016 conference, the Parties agreed to file a joint motion for a protective order pursuant to Federal Rule of Evidence 502(d).

5. Pursuant to Federal Rule of Evidence 502(d), "[a] federal court may order that the privilege or protection [of attorney-client communications or attorney work product] is not waived by disclosure connected with the litigation pending before the court – in which event the disclosure is also not a waiver in any other federal or state proceeding." Fed. R. Evid. 502(d).

6. The Parties ask this Court to enter an order that any disclosure of privileged documents in this litigation is not a waiver of the privilege in this matter, or any other federal or state proceeding.

7. An agreed order is attached hereto as Exhibit A.

WHEREFORE, the Parties respectfully move this Court to enter an Order, pursuant to Federal Rule of Evidence 502(d), that the attorney-client privilege and attorney work product protection are not waived by disclosure connected with the instant litigation, that such a disclosure is also not a waiver in any other federal or state proceeding, and that nothing in the Order will prevent the Parties from performing a reasonable review of their respective documents for privilege before production to the opposing party.

Dated: March 2, 2016  Respectfully submitted,

BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, P.C.

By: *s/ Brigid M. Carpenter*
Brigid M. Carpenter
(TN B.P.R. No. 018134)
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
t: (615) 726-7341
f: (615) 744-7341
bcarpenter@bakerdonelson.com

PELLIS LAW GROUP, LLP

By: *s/ Joseph L. Pellis II*
Joseph L. Pellis II, Esq. (pro hac vice)
Daniel L. Lavoie, Esq. (pro hac vice)
901 Warrenville Road, Suite 205
Lisle, Illinois 60532
t: (630) 442-5500
f: (630) 442-5519
jpellis@pellislaw.com
dlavoie@pellislaw.com

*Attorneys for Defendant/Counter-Plaintiff Phillips and Jordan, Incorporated*

BAKER, O'KANE, ATKINS & THOMPSON, PLLP

*/s/ Trevor L. Sharpe*
Trevor L. Sharpe BPR#022281
2607 Kingston Pike, Ste. 200
Knoxville, TN 37919
Phone: 865.637.5600
Facsimile: 865.637.5608
tsharpe@boaltlf.com

DYSART TAYLOR COTTER MCMONIGLE & MONTEMORE, P.C.

Robert W. Cotter (pro hac vice)
Matthew W. Geary (pro hac vice)
4420 Madison Avenue, Ste. 200

Kansas City, MO 64111
Phone: 816.931.2700
Facsimile: 816.931.7377
rcotter@dysarttaylor.com
mgeary@dysarttaylor.com

*Attorneys for Plaintiff/Counter-Defendant Global Aerospace, Inc.; Counter-Defendants American Alternative Ins. Corp.; American Commerce Ins. Co.; Tokio Marine America Ins. Co.; and Mitsui Sumitomo Ins. Co. of America*

KAY, GRIFFIN, ENKEMA & COLBERT, PLLC

James D. Kay, Jr. (#11556)
John J. Griffin, Jr. (#15446)
Benjamin E. Goldammer (#26328)
Michael A. Johnson (#30210)
222 Second Avenue North
Suite 340M
Nashville, TN 37201
john.griffin@kaygriffin.com
ben.goldammer@kaygriffin.com
jim.kay@kaygriffin.com

*Co-Counsel for Defendant Mitsui Sumitomo Ins. Co. of America*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 2, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Brigid M. Carpenter*
Brigid M. Carpenter

SERVICE LIST

United States District Court, Eastern District of Tennessee, Northern Division
Global Aerospace, Inc. v. Phillips and Jordan, Incorporated
Case No.: 3:15-cv-105

Brigid M. Carpenter
Baker Donelson Bearman Caldwell & Berkowitz, P.C.
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
t: (615) 726-7341
f: (615) 744-7341
bcarpenter@bakerdonelson.com
*Attorneys for Defendant/Counter-Plaintiff Phillips and Jordan, Incorporated*

Joseph L. Pellis II, Esq. (pro hac vice)
Daniel L. Lavoie, Esq. (pro hac vice)
Pellis Law Group, LLP
901 Warrenville Road, Suite 205
Lisle, Illinois 60532
t: (630) 442-5500
f: (630) 442-5519
jpellis@pellislaw.com
dlavoie@pellislaw.com
*Attorneys for Defendant/Counter-Plaintiff Phillips and Jordan, Incorporated*

Trevor L. Sharpe
Baker, O'kane, Atkins & Thompson, PLLP
2607 Kingston Pike, Ste. 200
Knoxville, TN 37919
Phone: 865.637.5600
Facsimile: 865.637.5608
tsharpe@boaltlf.com
*Attorneys for Plaintiff/Counter-Defendant Global Aerospace, Inc.; Counter-Defendants American Alternative Ins. Corp.; American Commerce Ins. Co.; Tokio Marine America Ins. Co.; and Mitsui Sumitomo Ins. Co. of America*

Robert W. Cotter (pro hac vice)
Matthew W. Geary (pro hac vice)
Dysart Taylor Cotter McMonigle & Montemore, P.C.
4420 Madison Avenue, Ste. 200
Kansas City, MO 64111
Phone: 816.931.2700
Facsimile: 816.931.7377
rcotter@dysarttaylor.com
mgeary@dysarttaylor.com

*Attorneys for Plaintiff/Counter-Defendant Global Aerospace, Inc.; Counter-Defendants American Alternative Ins. Corp.; American Commerce Ins. Co.; Tokio Marine America Ins. Co.; and Mitsui Sumitomo Ins. Co. of America*

James D. Kay, Jr.
John J. Griffin, Jr.
Benjamin E. Goldammer
Michael A. Johnson
Kay, Griffin, Enkema & Colbert, PLLC
222 Second Avenue North
Suite 340M
Nashville, TN 37201
john.griffin@kaygriffin.com
ben.goldammer@kaygriffin.com
jim.kay@kaygriffin.com
*Co-Counsel for Defendant Mitsui Sumitomo Ins. Co. of America*