UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | |
|---|---|
| GLOBAL AEROSPACE, INC.,<br><br>Plaintiff / Counter-Defendant,<br><br>v.<br><br>PHILLIPS AND JORDAN, INCORPORATED i/s/a/ PHILLIPS & JORDAN, INC.,<br><br>Defendant / Counter-Plaintiff,<br><br>v.<br><br>AMERICAN ALTERNATIVE INSURANCE CORPORATION, et al.,<br><br>Counter-Defendants. | Case No.: 3:15-cv-105<br><br>District Judge Pamela L. Reeves<br><br>Magistrate Judge C. Clifford Shirley |

## ORDER

THIS CAUSE comes before the Court on the Joint Motion for Order Pursuant to Federal Rule of Evidence 502(d) [Docket Entry #63], filed by Defendant/Counter-Plaintiff Phillips and Jordan, Incorporated, Plaintiff/Counter-Defendant Global Aerospace, Inc., Counter-Defendant American Alternative Insurance Corporation, Counter-Defendant American Commerce Insurance Company, Counter-Defendant Mitsui Sumitomo Insurance Company of America, Counter-Defendant National Indemnity Company, and Counter-Defendant Tokio Marine America Insurance Company. The Court has reviewed the record and is otherwise fully advised in the premises.

It is hereby ORDERED as follows:

1. The Joint Motion for Order Pursuant to Federal Rule of Evidence 502(d) [Docket Entry #63] is **GRANTED**.

2. In the above-captioned matter, the attorney-client privilege and attorney work product protection are not waived by disclosure connected with the instant litigation, that such a disclosure is also not a waiver in any other federal or state proceeding, and that nothing in this Order will prevent the Parties from performing a reasonable review of their respective documents for privilege before production to the opposing party(ies).

**IT IS SO ORDERED.**

_____
PAMELA L. REEVES
UNITED STATES DISTRICT JUDGE