UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| GLOBAL AEROSPACE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:15-cv-00105 |
| ) | REEVES/SHIRLEY |
| PHILLIPS & JORDAN, INC., ) | |
| ) | |
| Defendant. ) | |

## ADMINISTRATIVE CLOSING ORDER

On January 30, 2017, attorney Trevor Sharpe's office notified the court that all issues in this case have been resolved, and the case is settled. The court is awaiting a stipulation and proposed order of compromise and dismissal. Accordingly, it is hereby **ORDERED** that the clerk administratively terminate this action, without prejudice to the rights of the parties to reopen the proceedings, for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of this litigation.

Enter:

_____
UNITED STATES DISTRICT JUDGE