IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |  | |
|---|---|---|---|
| GLOBAL AEROSPACE, INC., | ) | | |
| | ) | | |
| Plaintiff / Counter-Defendant, | ) | | |
| | ) | | |
| v. | ) | Case No. 3:15-cv-105 | |
| | ) | | |
| PHILLIPS & JORDAN, INC., | ) | District Judge Pamela L. Reeves | |
| | ) | | |
| Defendant / Counter-Plaintiff, | ) | Magistrate Judge C. Clifford Shirley | |
| | ) | | |
| v. | ) | | |
| | ) | | |
| AMERICAN ALTERNATIVE INS. CO., ET AL., | ) | | |
| | ) | | |
| Counter-Defendants. | ) | | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff / Counter-Defendant Global Aerospace, Inc. ("Global"), and Counter-Defendants American Alternative Ins. Corp. ("AAIC"), American Commerce Ins. Co. ("ACIC"), Mitsui Sumitomo Ins. Co. of America ("Mitsui"), National Indemnity Co. ("NICO"), and Tokio Marine America Ins. Co. ("Tokio Marine") and Defendant / Counter-Plaintiff Phillips & Jordan, Inc., by and through their attorneys of record, and pursuant to Fed. R. Civ. Pro. 41, do hereby dismiss with prejudice all claims and causes of action asserted in the above-captioned lawsuit against one another, including, but not limited to, all claims and causes of action contained in Plaintiffs' Complaint, and Phillips & Jordan's Counterclaim, with each party to bear its own court costs and attorneys' fees.

Respectfully submitted on this 20th day of March, 2017.

| | |
|---|---|
| */s/* | */s/* |
| Trevor L. Sharpe     BPR#022281 | Brigid M. Carpenter     BPR#018134 |
| BAKER, O'KANE, ATKINS & THOMPSON, PLLP | BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C. |
| 2607 Kingston Pike, Ste. 200 | 211 Commerce Street, Suite 800 |
| Knoxville, TN 37919 | Nashville, Tennessee 37201 |
| Phone: 865.637.5600 | t: (615) 726-7341 |
| Facsimile: 865.637.5608 | f: (615) 744-7341 |
| tsharpe@boaltlf.com | bcarpenter@bakerdonelson.com |
| | |
| Robert W. Cotter     *Pro hac vice* | Joseph L. Pellis II, Esq. (pro hac vice) |
| Matthew W. Geary     *Pro hac vice* | Daniel R. Lavoie, Esq. (pro hac vice) |
| DYSART TAYLOR COTTER MCMONIGLE & MONTEMORE, P.C. | PELLIS LAW GROUP, LLP |
| 4420 Madison Avenue, Ste. 200 | 901 Warrenville Road, Suite 205 |
| Kansas City, MO 64111 | Lisle, Illinois 60532 |
| Phone: 816.931.2700 | t: (63) 442-5500 |
| Facsimile: 816.931.7377 | f: (630) 442-5519 |
| rcotter@dysarttaylor.com | jpellis@pellislaw.com |
| mgeary@dysarttaylor.com | dlavoie@pellislaw.com |
| ***Attorneys for Plaintiff / Counter-Defendant Global Aerospace, Inc.; Counter-Defendants American Alternative Ins. Corp.; American Commerce Ins. Co.; Tokio Marine America Ins. Co.; and Mitsui Sumitomo Ins. Co. of America*** | ***Attorneys for Defendant/Counter-Plaintiff Phillips and Jordan, Incorporated*** |

James D. Kay, Jr.        (#11556)
John J. Griffin, Jr.        (#15446)
Benjamin E. Goldammer     (#26328)
Michael A. Johnson        (#30210)
KAY, GRIFFIN, ENKEMA & COLBERT, PLLC
222 Second Avenue North
Suite 340M
Nashville, TN 37201
john.griffin@kaygriffin.com
ben.goldammer@kaygriffin.com
jim.kay@kaygriffin.com
***Co-Counsel For Defendant***
***Mitsui Sumitomo Ins. Co. Of America***