IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| GLOBAL AEROSPACE, INC., | ) | |
|---|---|---|
| Plaintiff / Counter-Defendant, | ) | |
| v. | ) | Case No. 3:15-cv-105 |
| PHILLIPS & JORDAN, INC., | ) | District Judge Pamela L. Reeves |
| Defendant / Counter-Plaintiff, | ) | Magistrate Judge C. Clifford Shirley |
| v. | ) | |
| AMERICAN ALTERNATIVE INS. CO., ET AL., | ) | |
| Counter-Defendants. | ) | |

## ORDER

This case is before the court upon the parties' Stipulation of Dismissal (Doc. 79), and the Court being fully advised in the premises;

IT IS THEREFORE ORDERED:

1. The above case is dismissed with prejudice on the parties' stipulation.

2. Each party shall bear its own costs, expenses, and attorneys' fees in this matter.

Dated this ____ day of _____, 2017.

_____
PAMELA L. REEVES
UNITED STATES DISTRICT JUDGE

Submitted and approved by:

| | |
|---|---|
| */s/*  | */s/* |
| Trevor L. Sharpe　　　BPR#022281 | Brigid M. Carpenter　　　BPR#018134 |
| BAKER, O'KANE, ATKINS | BAKER DONELSON BEARMAN |
| & THOMPSON, PLLP | CALDWELL & BERKOWITZ, P.C. |
| 2607 Kingston Pike, Ste. 200 | 211 Commerce Street, Suite 800 |
| Knoxville, TN 37919 | Nashville, Tennessee 37201 |
| Phone: 865.637.5600 | t: (615) 726-7341 |
| Facsimile: 865.637.5608 | f: (615) 744-7341 |
| tsharpe@boaltlf.com | bcarpenter@bakerdonelson.com |

Robert W. Cotter　　*Pro hac vice*
Matthew W. Geary　　*Pro hac vice*
DYSART TAYLOR COTTER
MCMONIGLE & MONTEMORE, P.C.
4420 Madison Avenue, Ste. 200
Kansas City, MO 64111
Phone: 816.931.2700
Facsimile: 816.931.7377
rcotter@dysarttaylor.com
mgeary@dysarttaylor.com
***Attorneys for Plaintiff / Counter-Defendant Global Aerospace, Inc.; Counter-Defendants American Alternative Ins. Corp.; American Commerce Ins. Co.; Tokio Marine America Ins. Co.; and Mitsui Sumitomo Ins. Co. of America***

Joseph L. Pellis II, Esq. (pro hac vice)
Daniel R. Lavoie, Esq. (pro hac vice)
PELLIS LAW GROUP, LLP
901 Warrenville Road, Suite 205
Lisle, Illinois 60532
t: (63) 442-5500
f: (630) 442-5519
jpellis@pellislaw.com
dlavoie@pellislaw.com
***Attorneys for Defendant/Counter-Plaintiff Phillips and Jordan, Incorporated***

James D. Kay, Jr.　　　(#11556)
John J. Griffin, Jr.　　　(#15446)
Benjamin E. Goldammer　　(#26328)
Michael A. Johnson　　　(#30210)
KAY, GRIFFIN, ENKEMA & COLBERT, PLLC
222 Second Avenue North
Suite 340M
Nashville, TN 37201
john.griffin@kaygriffin.com
ben.goldammer@kaygriffin.com
jim.kay@kaygriffin.com
***Co-Counsel For Defendant Mitsui Sumitomo Ins. Co. Of America***

2